■ In the Matter of JAMES SANTALONE, a Suspended Attorney. [759 NYS2d 652] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Buckley, P.J., Andrias, Lerner, Marlow and Gonzalez, JJ.

■ In the Matter of JOSEPH N. LAMPORT, a Suspended Attorney. [759 NYS2d 652] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, nunc pro tunc to October 19, 1998. The order of this Court entered September 17, 1998 (M-3815.234) recalled and vacated. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ.